UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CHRISTOPHER S. WOODSTONE, | Case No. 3:23-cv-00355-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GABRIELLA NAJERA, *et al.*, | |
| Respondents. | |

Petitioner Christopher S. Woodstone has attempted to initiate a § 2254 petition for writ of habeas corpus. (ECF No. 1-1 ("Petition").) He filed documents with the Ninth Circuit Court of Appeals, which have been transferred to this Court. (ECF Nos. 1, 1-1, 1-2.) He has now paid the filing fee. (ECF No. 4.)

Woodstone's purported Petition is not on the Court's required form, nor does it substantially follow the form. *See* LSR 3-1. Petitioner seeks federal habeas review of his conviction for battery causing substantial bodily harm and his adjudication as a habitual criminal. But he does not set forth any claims or grounds for federal habeas relief. Therefore, the Court dismisses Woodstone's Petition with leave to file an amended habeas corpus petition on the Court's § 2254 habeas form. He must clearly set forth each federal habeas ground and briefly set forth the factual basis for each ground.

It is therefore ordered that the Clerk of Court detach and electronically file the Petition (ECF No. 1-1).

It is further ordered that the Petition is dismissed in conformance with this order.

The Clerk of Court is directed to send to Petitioner one copy of this Court's form § 2254 habeas petition, one copy of the information and instructions for filing a § 2254 habeas petition, and one copy of the papers Petitioner has filed in this action.

Petitioner is further advised that failure to file an amended petition in conformance with this order will result in the dismissal of this action without prejudice and without further prior notice.

DATED This 17th Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE