UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER S. WOODSTONE,<br><br>Petitioner,<br><br>v.<br><br>GABRIELLA NAJERA, *et al.*,<br><br>Respondents. | Case No. 3:23-cv-00355-MMD-CSD<br><br>ORDER |

Petitioner Christopher S. Woodstone has attempted to initiate a § 2254 habeas petition for writ of habeas corpus. (ECF No. 1-1.) The Court dismissed his purported petition with leave to file an amended petition because the petition was not on the Court's required form, did not substantially follow the form, and did not set forth any claims or grounds for federal habeas relief. (ECF No. 6.) The Court gave Woodstone until May 28, 2024 to file an amended petition. (ECF No. 8.) The two orders were served on Woodstone at his address of record. More than the allotted time has passed, and Woodstone has not filed an amended petition or contacted the Court in any manner. The Court expressly advised Woodstone that failure to file an amended petition in conformance with this order would result in the dismissal of this action without prejudice and without further prior notice. (ECF No. 6.)

It is therefore ordered that this habeas action is dismissed without prejudice. The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 16th Day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE